2:06CV231-T

RECEIVED
2006 MAR 13 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, __JAMES E BODY__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1.   Are you presently employed?                                          YES ( )   NO (✓)

   A.   If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   B.   If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.   Have you received within the past 12 months any money from any of the following sources?

   A.   Business, profession, or form of self-employment?         YES ( )   NO (✓)

   B.   Rent payments, interest, or dividends?                           YES ( )   NO (✓)

   C.   Pensions, annuities, or life insurance payments?           YES ( )   NO (✓)

   D.   Gifts or inheritances?                                                     YES ( )   NO (✓)

   E.   Any other sources?                                                       YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?
YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

N/A

_James E. Dody_ (signature)   A.S.U 144883
Plaintiff   (26-A-48)

STATE OF ALABAMA
COUNTY OF __Barbour__

Subscribed and sworn to before me on this __7__ day of __MAR__, 2006, at __Clio__, Alabama.

_Donald Simmons_ (signature)
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires __DONALD SIMMONS Notary Public, AL State at Large My Comm. Expires Aug. 3, 2009__

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Plaintiff

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 144883        NAME: BODY, JAMES EDWARD **                    AS OF: 03/08/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 23 | $68.15 | $70.00 |
| APR | 30 | $36.15 | $130.00 |
| MAY | 31 | $16.88 | $130.00 |
| JUN | 30 | $28.05 | $120.00 |
| JUL | 31 | $16.51 | $135.00 |
| AUG | 31 | $9.61 | $160.00 |
| SEP | 30 | $13.68 | $0.00 |
| OCT | 31 | $17.25 | $150.00 |
| NOV | 30 | $25.28 | $135.00 |
| DEC | 31 | $47.61 | $154.00 |
| JAN | 31 | $41.75 | $180.00 |
| FEB | 28 | $34.62 | $80.00 |
| MAR | 8 | $57.62 | $50.00 |