| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Givner   C. Date of Delivery 4/25/06 |
| 1. Article Addressed to:<br><br>Hon. Troy King<br>Attorney General for the<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06cv231 (pet./orou 20 dys) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0001 2962 3960 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |