IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES EDWARD BODY, #144883    )
                              )
     Petitioner,              )
                              )
                              )
v.                            )   Case #2:06-CV-231-MHT
                              )
                              )
                              )
GWENDOLYN MOSLEY, et al.,     )
                              )
     Respondents.             )

**SECOND MOTION FOR EXTENSION OF TIME**

Comes now the Alabama Board of Pardons & Paroles, moving for a second extension of time to respond to the writ of habeas corpus and shows unto the Court the following:

   1)   Respondents request a 7-day extension of time to prepare their response, making their answer due May 30th, 2006.

1

2)   Petitioner is challenging the revocation of his parole, which has already been litigated in State court with the Respondents prevailing.

3)   Respondents are most likely to prevail in this litigation.

4)   The Petitioner will not be prejudiced by the extension.

>Respectfully submitted,
>
>TROY KING
>ATTORNEY GENERAL
>
>GREGORY O. GRIFFIN, SR.
>CHIEF COUNSEL
>
>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 5-23-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that on May 24th, 2006 I mailed by United States Postal Service the document to the following non-CM/ECF participants:

**JAMES EDWARD BODDY,**
**ALABAMA AIS# 144883**
**EASTERLING CORRECTIONAL FACILITY**
**200 WALLACE DRIVE**
**CLIO, ALABAMA 36017-2615**

Done this **23rd** day of **May 2006**.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov