IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES EDWARD BODY, #144 883 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-231-MHT |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Respondents are GRANTED an extension from May 23, 2006 to May 30, 2006 to file their answer.

Done, this 24th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE