# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-2042

James Edward Body v. Alabama Board of Pardons and Paroles  (Appeal from Montgomery Circuit Court: CV05-652)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on September 16th 2005:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 10th day of February, 2006.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. William Shashy, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
James Edward Body, Pro Se
Gregory O. Griffin, Sr., Chief Counsel
Hugh Davis, Asst. Atty. Gen.

EXHIBIT 3