# IN THE SUPREME COURT OF ALABAMA



February 10, 2006

**1050129**

Ex parte James Edward Body. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: James Edward Body v. Alabama Board of Pardons and Paroles) (Montgomery Circuit Court: CV05-652; Criminal Appeals: CR-04-2042).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

PARKER, J. - Nabers, C.J., and Lyons, Woodall, and Smith, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 10th day of February, 2006

Clerk, Supreme Court of Alabama

EXHIBIT 4

/bb