**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2006

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  James Edward Body v. Gwendolyn C. Mosley, et al.

**Case Number:**  #2:06-cv-00231-MHT

**Referenced Document:**  Document #12
Answer

**This notice has been docketed to enter the corrected certificate of service into the record. The original pdf had an incorrect date on the certificate of service. The corrected pdf is attached to this notice.**