**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 13, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   James Edward body v. Gwendolyn C. Mosley et al

Case No.:   2:06cv231-MHT
              Document 14 Order

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf to document #14.  When docketed on 5/31/06, the incorrect pdf was attached.  Document #14 has been corrected and a copy of the corrected pdf is attached to this Notice of Correction .