IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES EDWARD BODY, #144 883 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-231-MHT |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's pleading filed June 12, 2006 which the court construes as a Motion to Expand the Record pursuant to Rule 7, *Federal Rules of Civil Procedure*, and as the information requested is either irrelevant or cumulative of information previously filed in this matter, it is

ORDERED that the motion (Doc. No. 16) be and is hereby DENIED.

Done, this 14th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

for

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE