*Exhibit 1*

STATE BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

# REPORT OF PAROLE VIOLATION

Date: March 12, 2003

Field Office: Mobile

Name of Parolee: James Edward Body   No. 144,883

Race, Sex & Age: BM-49   County of Conviction: Mobile

Offense: Unlawful Distribution of Controlled Substance   Sentence: 20 YEARS PENITENTIARY

Date Convicted: 4-27-96   Date of Parole: 4-3-00

Date Sentence Expires: 4-8-2016

**IF DECLARED DELIQNENT, FORWARD WARRANT TO:**

Parole Officer Larry White
Mobile
County Probation Office
1150 Government St., Suite 209
P.O. Box or Number & Street
Mobile, Alabama 36604
City, State, and Zip Code

Level V
Supervision Level at Time of Delinquency

**CHARGE #1**
**VIOLATION OF CONDITION #7**
**NEW OFFENSE - Possession of a Controlled Substance**

**LEGAL FACTS:**

On March 5, 2003, James Body was arrested by Mobile County Sheriff's Narcotics and Vice Officers and charged with Possession of a Controlled Substance, Trafficking Marijuana, Possession of Marijuana and Certain Persons Forbidden to Posses a Firearm. A Parole Officer's Authorization of Arrest was issued on March 6, 2003 and James Edward Body is currently in Mobile Metro Jail.

**DETAILS:**

On March 5, 2003, members of the Mobile County Sheriff's Office Narcotic Vice Unit and React Unit served a search warrant at 928 Nellie Street, Mobile, Alabama the residence of James Edward Body. Present during the search was Sergeant Reynolds, Corporal Cuthkelvin, Corporal Blackwell, Deputy Goolsby of the Mobile County Sheriff's Office Narcotics Vice Section along with Sergeant Lamey, Deputy Thornton, Simerson, and the K-9 Officer Housenecht. Upon arrival at 928 Nellie Street the officers made contact and announced police. After entry was made into the residence all subject were read their Miranda rights. A brown paper bag containing approximately $2,412.00 was taken from the person of James Body. Mr. Body was taken into the residence where he was again advised of his Miranda Rights and a copy of the search warrant was displayed to him. Mr. Body stated that the money was his and he had an additional $19,000 in his safe.

PB Form 109 (Rev. 5-92)

# REPORT OF PAROLE VIOLATION

James Edward Body
AIS#: 144,883

Page 2

A search was conducted which revealed approximately $27,278.00 in U.S. currency, 1 eight ball cocaine found in the master bedroom by Corporal Blackwell, a Tours .45 caliber revolver was found in the pocket of a black leather jacket in the master bedroom closet by Deputy Law, a Glock 45 caliber pistol was found in the front bedroom by Corporal Blackwell, approximately 2 grams of powder cocaine along with about 2 ounces of marijuana found in a garage area along with assorted documents found throughout the residence.

Deputy Walker questioned Mr. Body about his drug activity and he stated that all the drugs he had was changed into cash meaning that he had sold all the drugs he had on the property. Mr. Body admitted to having up to 7 ounces of cocaine in his possession on the day of the search. Also during the search Deputy Housenecht along with his K-9 conducted a sweep of the property where a black Honda Accord was parked in the driveway of 928 Nellie Street. The vehicle was registered to Ashley Snowden who was being detained inside the residence. The K-9, Otter alerted on the rear trunk area of the Honda indicting the presence of a narcotic odor. A search of the trunk revealed a green storage container containing 4 hard compress bricks weighing approximately 28 pounds of green plant material consistent with that of marijuana and another smaller bag also containing marijuana.

**CHARGE #2**
**VIOLATION OF CONDITION #7**
**NEW OFFENSE - Trafficking Marijuana**

**LEGAL FACTS:**

Legal facts in charge No. 2 are essentially the same as those in charge No. 1.

**DETAILS:**

Details in charge No. 2 are essentially the same as those in charge No. 1.

**CHARGE #3**
**VIOLATION OF CONDITION #7**
**NEW OFFENSE - Possession of Marijuana 1st Degree**

**LEGAL FACTS:**

Legal facts in charge No. 3 are essentially the same as those in charges No. 1 and 2.

**DETAILS:**

Details in charge No. 3 are essentially the same as those in charges in No. 1 and 2.

# REPORT OF PAROLE VIOLATION

James Edward Body
AIS#: 144,883

Page 3

**CHARGE #4**
**VIOLATION OF CONDITION #10**
**NEW OFFENSE -** Certain Person Forbidden to Posses a Firearm

**LEGAL FACTS:**

Legal facts in charge No. 4 are essentially the same as those in charges No. 1, 2 and 3.

**DETAILS:**

Details in charge No. 4 are essentially the same as those in charges No. 1, 2 and 3.

**RECOMMENDATION:**

I recommend that a Parole revocation hearing be held on James Edward Body and his parole be revoked.

**Signed and Dated at Mobile, Alabama, this the**   12th   **day of**   March   2003.


_____
Larry White
Alabama Probation and Parole Officer

LW/ea

Reviewed By: _____
Steve Green
District Supervisor