

GOVERNMENT EXHIBIT
Z-1

Ex 1h15



ALABAMA
## DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM ST.
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

### CERTIFICATE OF ANALYSIS

TFA A L NEIDHARDT
DEA
900 WEST'N AM CIR ST 300
MOBILE, AL 36609

**CASE NUMBER:** 03MB03269         **SUBMITTING AGENCY CASE NUMBER:** GQ030019

| SUSPECT(S) | RACE | SEX | BIRTH DATE | STATUS |
|---|---|---|---|---|
| James E Body | B | M | 03/02/1954 | Adult |
| Darnell Watkins | B | M | 04/27/1962 | Adult |
| Ashley N Snowden | B | F | 08/04/1979 | Adult |

**SERVICE REQUESTED:** IDENTIFY

**CHAIN OF CUSTODY:**

| RELINQUISHED BY | RECEIVED BY | DATE | TIME |
|---|---|---|---|
| A L Neidhardt | J G Wallace | 03/18/2003 | 1029 |
| J G Wallace | Katrina A Warren | 10/16/2003 | 1200 |

**DESCRIPTION OF EVIDENCE:**

1. One sealed plastic tub containing miscellaneous bags, one price tag, and one cloth bag containing four plastic wrapped packages containing compressed plant material.
2. One sealed plastic pouch containing five plastic bags each containing plant material.
3. One sealed plastic pouch containing one capped, plastic bottle containing liquid.
4. One sealed plastic pouch containing one glass measuring cup containing residue.
5. One sealed plastic pouch containing one plastic bag containing the following:
   5A. Two plastic bags containing plant material.
   5B. One plastic bag corner containing powder and solid material.
6. One sealed plastic pouch containing one plastic bag corner containing powder material.

**RESULTS OF ANALYSES:**         **DATE(S) OF ANALYSES:** 10/27/2003 - 10/28/2003

1. Laboratory analyses revealed the plant material to be Marihuana. Weight is 11,795.7 grams or 416.0 ounces or 26.0 pounds.
2. No analyses were performed.
3. No analyses were performed.
4. No analyses were performed.

Continued On Page 2

Page 2

Continuation of Case 03MB03269

RESULTS OF ANALYSES:

5A . No analyses were performed.

5B . Laboratory analyses of the material revealed the presence of Cocaine(base). Cocaine is a controlled substance. Weight is 0.69 grams or 0.02 ounces.

(6) . Laboratory analyses failed to reveal the presence of a controlled substance.

Sworn to and subscribed before me this the __12TH__ Day of __May__ 20_05_ as true and correct.

Katrina A Warren
FORENSIC SCIENTIST
Analyst

Daniel C Fithian
Notary Public

My Commission Expires 10/17/05