Exhibit
4

# EXHIBIT "D"

STATE OF ALABAMA)

COUNTY OF MOBILE)

### AFFIDAVIT

Personally appeared before me, the undersigned authority, a notary public, in and for said State and County, JILL BODY, who being by me first duly sworn, deposes on oath and says as follows:

My name is Jill Body and I live at 1604 Wexford St., Mobile, AL 36605. I was attending a surprise birthday party for my uncle. I arrived at noon and put a .45 calibre Taurus hand gun in my uncle's jacket pocket. The jacket was in the closet. I put the gun in the jacket pocket in the closet so that children could not get to it. Police arrived and I was told to get down. I was in a chair with my baby. The police found drugs in the car of a girl attending the birthday party - a marijuana reefer and cocaine.

_____
JILL BODY

Subscribed and sworn to before me
this 21st day of March, 2003.

_____
NOTARY PUBLIC, STATE AT LARGE