*Exhibit 5*

# EXHIBIT "E"

STATE OF ALABAMA)

COUNTY OF MOBILE)

### AFFIDAVIT

Personally appeared before me, the undersigned authority, a notary public, in and for said State and County, MICHAEL TATE, who being by me first duly sworn, deposes on oath and says as follows:

My name is Michael Tate and I live at 928 Nellie St., Mobile, AL 36605. I live in the home located at that address with my girlfriend. I own a Glock .45 calibre hand gun. It was located in a box in the closet in the house under baby items. I bought the gun off the street. James Body did not know that the gun was in the closet. I bought the gun in February of 2003.

_____
MICHAEL TATE

Subscribed and sworn to before me
this 21st day of March, 2003.

_____
NOTARY PUBLIC, STATE AT LARGE