# BRISKMAN & BINION, P.C.
## LAWYERS
### 205 CHURCH STREET
### MOBILE, ALABAMA

DONALD M. BRISKMAN
MACK B. BINION
CHRIST N. COUMANIS
CHRISTOPHER A. AKINS

OF COUNSEL
SARAH JANE LINDSAY

MAILING ADDRESS
P. O. BOX 43
MOBILE, ALABAMA 36601

TELEPHONE
251-433-7600

FAX
251-433-4485

November 30, 2004

Board of Pardons and Parole
301 South Ripley St.
P. O. Box 302405
Montgomery, AL 36130-2405
Attention: Field Service

RE:  James Edward Body
     AIS #144883

Gentlemen:

I represent James Edward Body. His parole was revoked on May 14, 2003. The revocation was occasioned by his arrest. At the time of his arrest, it is my information that there were no drugs found on Mr. Body's person, in his vehicle or, circumstances that would support him otherwise having possession of drugs.

On November 18, the matter was set for the hearing before Judge Lockett, Circuit Court Judge of Mobile County on matters pending before the court arising out of this arrest.

At that time, the State was unable to go forward with its prosecution and advised the Court. The Motion to Dismiss made by the undersigned was granted and the pending charges against Mr. Body were dismissed. I am enclosing copy of the Case Action Summary reflecting the dismissal.

Accordingly, given the absence of a conviction and an arrest for charges which were not factually supportable, I respectfully move and request that the Board readmit Mr. Body to parole.

Respectfully submitted,

BRISKMAN & BINION, P.C.

DONALD M. BRISKMAN
DMB/aks
c:  James Body