

alacourt.com's

## Alabama SJIS CC/DC Case Detail

[Settings] [Disposition] [Sentence] [Case Action Summary] [Witness List] [Financial] [Enforcem]

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 02 MOBILE | Case Number | CC 2004 002330 00 | JID | JRL | DEF Status | P ST PRISON ESTS: N |
| Name | BODY JAMES EDWARD | | | Alias | | | |
| Address 1 | 2053 STEINER STREET | | | Alias | | | |
| Address 2 | (AIS #144883) | | | SID | AL 000000000 | YDate | |
| Zip | 36605 0000 MOBILE AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL 4554438 | DOB | 03021954 | SSN | 419766120 | Race/Sex | B/M |
| Height | 5 08 | Weight | 225 | Eyes | BRO | Hair | BLK |
| Filed | 06252004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 03052003 | OffDT | | ORI | 002015J | OFFC | |
| Indict | 06252004 | Grand Jury | 116 D | Atty 1 | BRI014 R | Tkt# | S03030302 |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | DC 2003 002097 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date 1 | 08102004 | Que | 001 | Time | 0830 A | Desc | ARRG |
| Charge 1 | VAPF | POSS MARIJUANA 1ST | | 13A-012-213 F DR | | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | | Case Type | F | Case Cat | DR |
| Comment | HS 2004-2331 CMP 2004-2328 & 2329 | | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Date 1 | 08102004 | Que | 001 | Time | 0830 A | Desc | ARRG ARRAIGNMENT |
| Date 2 | | Que | 010 | Time | 0830 A | Desc | JTRL JURY TRIAL |
| Date 3 | 11182004 | Que | 000 | Time | 0830 A | Desc | MOTD MOTION DOCKET/HEAR |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | TYSON JOHN M JR | Atty 1 | BRISKMAN DONALD M | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | Y | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CRT ACT | D DISMISSED | CADATE | 11182004 | Jury | Y | More | N |
| Charge 1 | VAPF POSS MARIJUANA 1ST 13A-012-213 F D | | | Counts | 001 | CA | D 11182004 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:012 | Updated | 11232004 |

### Sentence

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |

| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | CVCC | HIS |
|---|---|---|---|---|---|
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF |
| | PREL | DRUG 00000000 | RCUP 00000000 | SUBP 012 | |
| | RES1 00000000 | | RES2 00000000 | RES3 00000000 | |
| | RES4 00000000 | | RES5 00000000 | RES6 00000000 | |

| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
|---|---|---|---|---|---|---|---|---|
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | | |
| | DRUG | CODE: | | MEAS: | VOL: 00000000 | | | |
| SEC/CUR: | 00 | 000000000000 | 00 | 00 | 000000000000 | 00 | 00 | 000000000000 |
| Comment: | | | | | | | | |
| BAL DUE | | DUE | | | CRO | | Updated | 11232004 |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07202004 | 1118 | JUDG | ASSIGNED TO: (JCW) JAMES C WOOD (AR01) | MAH |
| 07202004 | 1118 | FILE | FILED ON: 06/25/2004 (AR01) | MAH |
| 07202004 | 1118 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAH |
| 07202004 | 1118 | ARRS | DEFENDANT ARRESTED ON: 03/05/2003 (AR01) | MAH |
| 07202004 | 1118 | INDT | DEFENDANT INDICTED ON: 06/25/2004 (AR01) | MAH |
| 07202004 | 1118 | FILE | CHARGE 01: POSS MARIJUANA 1ST/#CNTS: 001 (AR01) | MAH |
| 07202004 | 1118 | COMM | HS 2004-2331 CMP 2004-2328 & 2329 (AR01) | MAH |
| 07202004 | 1118 | JUDG | JUDGE ID CHANGED FROM: JCW TO: JRL (AR10) | MAH |
| 07202004 | 1118 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAH |
| 07232004 | 0254 | DOCK | NOTICE SENT: 07/23/2004 BODY JAMES EDWARD | EVY |
| 07232004 | 1120 | DAT1 | SET FOR: ARRAIGNMENT ON 08/10/2004 AT 0830A(AR10) | MAH |
| 07262004 | 1051 | STAT | STATUS CHANGED TO: "P" - PRISON (AR01) | MAH |
| 08022004 | 1523 | DAT2 | SET FOR: JURY TRIAL ON 10/13/2004 AT 0830A (AR10) | PAR |
| 08132004 | 0901 | DAT3 | SET FOR: ARRAIGNMENT ON 09/16/2004 AT 0830A(AR10) | ROH |
| 09212004 | 1630 | DAT3 | SET FOR: ARRAIGNMENT ON 10/12/2004 AT 0830A(AR10) | ROH |
| 09222004 | 0206 | DOCK | NOTICE SENT: 09/22/2004 BODY JAMES EDWARD | ROH |
| 09272004 | 0247 | DOCK | NOTICE SENT: 09/27/2004 BODY JAMES EDWARD | MAH |
| 09282004 | 0652 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 09282004 | 0653 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 10252004 | 1106 | DAT3 | SET FOR: OARRAIGNMENT ON 10/29/2004 AT 0830A(AR10) | TEG |
| 11032004 | 1619 | DAT2 | SET FOR: JURY TRIAL ON 12/13/2004 AT 0830A (AR10) | ROH |
| 11032004 | 1619 | DAT3 | SET FOR: MOTION DOCKET/HEAR ON 11/18/2004 AT 0830A | ROH |
| 11032004 | 1620 | ATY1 | ATTORNEY FOR DEFENDANT: BRISKMAN DONALD M (AR10) | ROH |
| 11052004 | 1515 | PRTY | PARTY ADDED W001 CPL. ROY CUTHKELVIN (AW21) | DAB |
| 11052004 | 1515 | PRTY | PARTY ADDED W002 SGT. MIKE REYNOLDS (AW21) | DAB |
| 11052004 | 1515 | PRTY | PARTY ADDED W003 CPL. EDDIE BLACKWELL (AW21) | DAB |
| 11052004 | 1516 | PRTY | PARTY ADDED W004 DEP. MARVIN WALKER (AW21) | DAB |
| 11052004 | 1516 | PRTY | PARTY ADDED W005 DEP. WAYNE GOOLSBY (AW21) | DAB |
| 11052004 | 1516 | PRTY | PARTY ADDED W006 SGT. GERALD LAMEY (AW21) | DAB |
| 11052004 | 1517 | PRTY | PARTY ADDED W007 DEP. JOHNNY THORNTON (AW21) | DAB |
| 11052004 | 1517 | PRTY | PARTY ADDED W008 DEP. DAVID SIMESON (AW21) | DAB |
| 11052004 | 1517 | PRTY | PARTY ADDED W009 DEP. HOUSEKNECHT (AW21) | DAB |
| 11052004 | 1518 | PRTY | PARTY ADDED W010 DEP. A. L. NEIDHARDT (AW21) | DAB |
| 11052004 | 1519 | PRTY | PARTY ADDED W011 J. G. WALLACE (AW21) | DAB |
| 11052004 | 1520 | PRTY | PARTY ADDED W012 KATRINA WARREN (AW21) | DAB |
| 11222004 | 0218 | DOCK | NOTICE SENT: 11/22/2004 BODY JAMES EDWARD | MAH |
| 11222004 | 0218 | DOCK | NOTICE SENT: 11/22/2004 BRISKMAN DONALD M | MAH |
| 11232004 | 0645 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 11232004 | 1534 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) | ROH |
| 11232004 | 1534 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 11/18/2004 | ROH |
| 11232004 | 1534 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JRL | ROH |
| 11232004 | 1534 | DISP | CHARGE 01: POSS MARIJUANA 1ST /#CNTS: 001 (AR10) | ROH |
| 11232004 | 1534 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | ROH |

## alacourt.com's

## Alabama SJIS CC/DC Case Detail

[ Settings ] [ Disposition ] [ Sentence ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Enforcem ]

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 02 MOBILE | Case Number | CC 2004 002331 00 | JID | | DEF Status | P ST PRISON ESTS: N |
| Name | BODY JAMES EDWARD | | | Alias | | | |
| Address 1 | 928 NELLIE STREET | | | Alias | | | |
| Address 2 | (AIS # 144883 ) | | | SID | AL 000000000 | YDate | |
| Zip | 36605 0000 MOBILE AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL 4554438 | DOB | 03021954 | SSN | 419766120 | Race/Sex | B/M |
| Height | 5 08 | Weight | 225 | Eyes | BRO | Hair | BLK |
| Filed | 06252004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 03052003 | OffDT | | ORI | 002015J | OFFC | |
| Indict | 06252004 | Grand Jury | 116 E | Atty 1 | BRI014 R | Tkt# | S03030302 |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | DC 2003 002211 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date 1 | 08102004 | Que | 001 | Time | 0830 A | Desc | ARRG |
| Charge 1 | TRMA | TRAFFICKING-MARIJUAN | 13A-012-231(1) | F DR | Counts | 001 | |
| Charge 2 | | | | | Counts | | |
| Charge 3 | | | | | Counts | | |
| More | N | Dom Viol | | Case Type | F | Case Cat | DR |
| Comment | HS 2004-2330 CMP 2004-2328 & 2329 | | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Date 1 | 08102004 | Que | 001 | Time | 0830 A | Desc | ARRG ARRAIGNMENT |
| Date 2 | | Que | 010 | Time | 0830 A | Desc | JTRL JURY TRIAL |
| Date 3 | 11182004 | Que | 000 | Time | 0830 A | Desc | MOTD MOTION DOCKET/HEAR |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | TYSON JOHN M JR | Atty 1 | BRISKMAN DONALD M | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | Y | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CRT ACT | D DISMISSED | CADATE | 11182004 | Jury | Y | More | N |
| Charge 1 | TRMA TRAFFICKING-MARIJUA 13A-012-231(1) F D | | | Counts | 001 | CA | D 11182004 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 11232004 |

### Sentence

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | | CVCC | HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | | WARR 000 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | | SUBP 000 | | |
| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | | |

| Confine: | RES4 00000000 | | RES5 00000000 | | RES6 00000000 | | |
|---|---|---|---|---|---|---|---|
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00   000000000000   00 | | 00   000000000000   00 | | 00   000000000000 | | |
| Comment: | | | | | | | |
| BAL DUE | DUE | | | CRO | | Updated | 11232004 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07202004 | 1121 | JUDG | ASSIGNED TO: (JRL) JOHN R LOCKETT (AR01) | MAH |
| 07202004 | 1121 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAH |
| 07202004 | 1121 | FILE | FILED ON: 06/25/2004 (AR01) | MAH |
| 07202004 | 1121 | ARRS | DEFENDANT ARRESTED ON: 03/05/2003 (AR01) | MAH |
| 07202004 | 1121 | INDT | DEFENDANT INDICTED ON: 06/25/2004 (AR01) | MAH |
| 07202004 | 1121 | FILE | CHARGE 01: TRAFFICKING-MARIJUAN/#CNTS: 001 (AR01) | MAH |
| 07202004 | 1121 | COMM | HS 2004-2330 CMP 2004-2328 & 2329 (AR01) | MAH |
| 07202004 | 1122 | ADD1 | ADDR1 CHANGED FROM: 928 NELLIE STREETET (AR01) | MAH |
| 07202004 | 1122 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAH |
| 07232004 | 0254 | DOCK | NOTICE SENT: 07/23/2004 BODY JAMES EDWARD | EVY |
| 07232004 | 1121 | DAT1 | SET FOR: ARRAIGNMENT ON 08/10/2004 AT 0830A(AR10) | MAH |
| 07262004 | 1051 | STAT | STATUS CHANGED TO: "P" - PRISON (AR01) | MAH |
| 08022004 | 1524 | DAT2 | SET FOR: JURY TRIAL ON 10/13/2004 AT 0830A (AR10) | PAR |
| 08132004 | 0901 | DAT3 | SET FOR: ARRAIGNMENT ON 09/16/2004 AT 0830A(AR10) | ROH |
| 09212004 | 1630 | DAT3 | SET FOR: ARRAIGNMENT ON 10/12/2004 AT 0830A(AR10) | ROH |
| 09222004 | 0206 | DOCK | NOTICE SENT: 09/22/2004 BODY JAMES EDWARD | ROH |
| 09272004 | 0247 | DOCK | NOTICE SENT: 09/27/2004 BODY JAMES EDWARD | MAH |
| 09282004 | 0652 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 09282004 | 0653 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 10252004 | 1106 | DAT3 | SET FOR: SET FOR DISPOSITIO ON 10/29/2004 AT 0830A | TEG |
| 11032004 | 1620 | ATY1 | ATTORNEY FOR DEFENDANT: BRISKMAN DONALD M (AR10) | ROH |
| 11032004 | 1620 | DAT3 | SET FOR: MOTION DOCKET/HEAR ON 11/18/2004 AT 0830A | ROH |
| 11032004 | 1620 | DAT2 | SET FOR: JURY TRIAL ON 12/13/2004 AT 0830A (AR10) | ROH |
| 11222004 | 0218 | DOCK | NOTICE SENT: 11/22/2004 BODY JAMES EDWARD | MAH |
| 11222004 | 0218 | DOCK | NOTICE SENT: 11/22/2004 BRISKMAN DONALD M | MAH |
| 11232004 | 0645 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 11232004 | 1534 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JRL | ROH |
| 11232004 | 1534 | DISP | CHARGE 01: TRAFFICKING-MARIJUA/#CNTS: 001 (AR10) | ROH |
| 11232004 | 1534 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 11/18/2004 | ROH |
| 11232004 | 1534 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | ROH |