Case 2:06-cv-00231-MHT-WC   Document 18-12   Filed 06/19/2006   Page 1 of 2
06/07/2005  08:28   2514705                                    PAGE  02/03
Case 1:03-cv-_____   Document __   Filed 06/10/2005   Page 1 of 2
JUN. 3.2005  5:01PM   USAO-SDAL-FI                  NO.841  P.2/5



EXHIBIT I

EX I

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 03-_____ |
| ONE 1991 CHEVROLET CORVETTE, and $22,522.00, MORE OR LESS, IN UNITED STATES CURRENCY | * |
| Defendant. | * |

## AFFIDAVIT OF J. GARY WALLACE

STATE OF ALABAMA    )
                    ) ss.
COUNTY OF MOBILE    )

Personally appeared before me J. Gary Wallace, who being duly sworn, deposes and says:

My name is J. Gary Wallace. I am over the age of twenty-one and have personal knowledge of the facts contained herein.

I am employed by the Alabama Department of Forensic Sciences ("ADFS") as Section Chief, Drug Chemistry. On March 18, 2003, in my professional capacity I received from Deputy A.L. Neihardt for analysis and identification the evidence described under the Description of Evidence section on the Certificate of Analysis attached hereto as Exhibit I-1. All of the evidence submitted was then given a unique ADFS Case Number (in this case 03MB3269) which was written on each of the items received. Then, I gathered the described evidence together and put it together on a shelf in the evidence vault to which only drug chemistry forensic scientists have

Case 2:06-cv-00231-MHT-WC   Document 18-12   Filed 06/19/2006   Page 2 of 2

06/07/2005  08:28  2514705   ADFS IV
Case 1:03-cv-____   Document 40   Filed 06/10/2005   Page 2 of 2   PAGE 03/03
JUN. 3.2005  5:01PM  USAO-SDAL-FLU   NO.841  P.3/5

access. It was maintained in the condition in which it was received. Later, as indicated on Exhibit I-1, Forensic Scientist Katrina A. Warren performed an analysis of some of the items submitted.

_____
J. Gary Wallace
Alabama Department of Forensic Sciences

Subscribed and sworn to before me
this 7TH day of June, 2005.

_____
Daniel C. Tittle
Notary Public
My Commission Expires: 10/15/05

2