IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BODY, #144883, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv231-MHT |
| ) | (WO) |
| ) | |
| GWENDOLYN MOSLEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

The magistrate judge filed a recommendation (Doc. #19) to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the recommendation (Doc. #19) of the magistrate judge is ADOPTED; the petition for writ of habeas corpus is DENIED, as it was not filed within the one-year period of limitation contained in 28 U.S.C. § 2244(d)(1); and this case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE, this the 19th day of February 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE